IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY A. CHAMBERS, JR., A CIVIL RIGHTS ORGANIZATION BY R.C., and GOD FACE MINISTRIES | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-3250 |
| | : | |
| GLEN MILLS SCHOOLS, GLEN MILLS SCHOOL STAFF OF BUCHANAN HALL DURING THE YEARS 1994-1997 (1-20) JOHN DOES, STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, DELAWARE COUNTY DEPARTMENT OF CORRECTIONS/EDUCATION, STATE OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS/EDUCATION, PHILADELPHIA DEPARTMENT OF CORRECTIONS/EDUCATION | : | |

## ORDER

AND NOW, this 30th day of August 2024, following our grant of leave for Plaintiffs to file a Complaint without paying filing fees (ECF No. 8) but requiring we screen their Complaint (ECF No. 1) before issuing summons under section 1915, having now screened the Complaint leading us to conclude the entity Plaintiffs lack standing and the individual Plaintiff does not and cannot state a claim within our limited federal jurisdiction arising from alleged 1995-1997 physical and verbal but non-sexual conduct upon him, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the Complaint (ECF No. 1) as to:

    a. all claims filed by "A Civil Rights Organization by R.C." and "God Face Ministries" with prejudice for lack of standing;

    b.  the individual Plaintiff's claims under the Americans with Disabilities Act, Rehabilitation Act, the Eighth Amendment, and the Sentencing Reform Act with prejudice;

    c.  the individual Plaintiff's state law claims without prejudice to pursue recovery (including through contacting lead Philadelphia counsel Nancy J. Winkler, Esquire and Shanon J. Carson, Esquire representing other former students) as we decline to exercise supplemental jurisdiction over the individual Plaintiff's state law claims; and,

  2. **DIRECT** the Clerk of Court shall **close** this case.

                _____
                KEARNEY, J.